IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV
'01 APR 5 AM 11 40
CLERK
SO. DIST. OF GA.

DENNIS L. GARRARD, Individually and SAMUEL GARRARD and SHIRLEY GARRARD, as guardians of Dennis L. Garrard, a former minor,

Plaintiffs,

vs.

CIVIL ACTION NO.: CV200-108

EVERETT DYKES GRASSING CO., INC.; BOARD OF COMMISSIONERS OF APPLING COUNTY, GEORGIA; APPLING COUNTY, GEORGIA; TOMMY DAVIS, and DUANE WHITLEY,

Defendants.

**ORDER**

The captioned case is scheduled for jury selection and trial on April 16, 2001. Counsel for the parties are hereby directed to meet on or before April 10, 2001 and engage in **good faith** efforts to resolve objections to exhibits and deposition testimony. The Court shall be advised on or before 5:00 p.m. on April 10, 2001 as to any remaining objections, if any, to exhibits and deposition testimony. Each party shall deliver copies of its deposition testimony and documentary evidence, to which objections remain, to the Court at that time.

Any objection not so identified shall be deemed abandoned.

**SO ORDERED**, this 5th day of April, 2001.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number: 2:00-cv-00108
Date Served: April 5, 2001
Served By: Sherry L. Taylor

Attorneys Served:

Brent J. Savage, Esq.
David R. Smith, Esq.
Michael A. O'Quinn, Esq.
James O. Wilson Jr., Esq.
Wallace E. Harrell III, Esq.

✓ Copy placed in Minutes

___ Copy given to Judge

✓ Copy given to Magistrate

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

HENRY R. CRUMLEY, JR.
CLERK

OFFICE OF THE CLERK
P.O. BOX 1636
BRUNSWICK, GEORGIA 31521

TELEPHONE: (912) 265-1758
FTS: 248-4456

# FACSIMILE TRANSMITTAL SHEET

## BRUNSWICK DIVISION

**DATE:** 4-5-01

**TO:** Brent Savage
David Smith
Michael O'Quinn
James Wilson
Wallace Harrell III

**FROM:** Clerk's office

**DOCUMENT DESCRIPTION:**

CV200-108 order

**TOTAL NUMBER OF PAGES (Excluding Transmittal Page):** )

**LOCAL POINT OF CONTACT:** **Brunswick, Georgia**

**TELEPHONE NUMBER:** **912/280-1330**

**NOTE:**

*** TRANSMISSION REPORT ***

APR-05-01 10:39 ID:9122651594 CLK US DIST CT

| | | | |
|---|---|---|---|
| JOB NUMBER | | | 748 |
| INFORMATION CODE | | | OK |
| TELEPHONE NUMBER | 819122324212 | | |
| NAME(ID NUMBER) | 9122324212 | | |
| START TIME | APR-05-01 10:39 | | |
| PAGES TRANSMITTED | 002 | TRANSMISSION MODE | EMMR |
| RESOLUTION | STD | REDIALING TIMES | 00 |
| SECURITY | OFF | MAILBOX | OFF |
| MACHINE ENGAGED | 00'35 | | |

THIS TRANSMISSION IS COMPLETED.

LAST SUCCESSFUL PAGE 002

HENRY R. CRUMLEY, JR.
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OFFICE OF THE CLERK
P.O. BOX 1636
BRUNSWICK, GEORGIA 31521

TELEPHONE: (912) 265-1758
FTS: 248-4458

**FACSIMILE TRANSMITTAL SHEET**

**BRUNSWICK DIVISION**

**DATE:** 4-5-01

**TO:** Brent Savage
David Smith
Michael O'Quinn
James Wilson
Wallace Harrell III

**FROM:** Clerk's office

**DOCUMENT DESCRIPTION:**

CV200-108 order

**TOTAL NUMBER OF PAGES (Excluding Transmittal Page):** )

**LOCAL POINT OF CONTACT:** Brunswick, Georgia

**TELEPHONE NUMBER:** 912/280-1330

**NOTE:**

*** TRANSMISSION REPORT ***

APR-05-01 10:41 ID:9122651594 CLK US DIST CT

| | | | |
|---|---|---|---|
| JOB NUMBER | | 749 | |
| INFORMATION CODE | | OK | |
| TELEPHONE NUMBER | 819122321792 | | |
| NAME(ID NUMBER) | | | |
| START TIME | APR-05-01 10:40 | | |
| PAGES TRANSMITTED | 002 | TRANSMISSION MODE | EMMR |
| RESOLUTION | STD | REDIALING TIMES | 00 |
| SECURITY | OFF | MAILBOX | OFF |
| MACHINE ENGAGED | 00'31 | | |

THIS TRANSMISSION IS COMPLETED.

LAST SUCCESSFUL PAGE 002

HENRY R. CRUMLEY, JR.
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OFFICE OF THE CLERK
P.O. BOX 1636
BRUNSWICK, GEORGIA 31521

TELEPHONE: (912) 265-1758
FTS: 248-4458

**FACSIMILE TRANSMITTAL SHEET**

**BRUNSWICK DIVISION**

**DATE:** 4-5-01

**TO:** Brent Savage
David Smith
Michael O'Quinn
James Wilson
Wallace Harrell III

**FROM:** Clerk's office

**DOCUMENT DESCRIPTION:**
CV200-108 order

**TOTAL NUMBER OF PAGES (Excluding Transmittal Page):** 1

**LOCAL POINT OF CONTACT:** **Brunswick, Georgia**

**TELEPHONE NUMBER:** **912/280-1330**

**NOTE:**

*** TRANSMISSION REPORT ***

APR-05-01 10:42 ID:9122651594 CLK US DIST CT

| | | | |
|---|---|---|---|
| JOB NUMBER | | 750 | |
| INFORMATION CODE | | OK | |
| TELEPHONE NUMBER | 817708980330 | | |
| NAME(ID NUMBER) | 7708980330 | | |
| START TIME | APR-05-01 10:42 | | |
| PAGES TRANSMITTED | 002 | TRANSMISSION MODE | ECM |
| RESOLUTION | STD | REDIALING TIMES | 00 |
| SECURITY | OFF | MAILBOX | OFF |
| MACHINE ENGAGED | 00'52 | | |

THIS TRANSMISSION IS COMPLETED.

LAST SUCCESSFUL PAGE 002

HENRY R. CRUMLEY, JR.
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OFFICE OF THE CLERK
P.O. BOX 1636
BRUNSWICK, GEORGIA 31521

TELEPHONE: (912) 265-1758
FTS: 248-4456

**FACSIMILE TRANSMITTAL SHEET**

**BRUNSWICK DIVISION**

**DATE:** 4-5-01

**TO:** Brent Savage
David Smith
Michael O'Quinn
James Wilson
Wallace Harrell III

**FROM:** Clerk's office

**DOCUMENT DESCRIPTION:**

CV200-108 order

**TOTAL NUMBER OF PAGES (Excluding Transmittal Page):** 1

**LOCAL POINT OF CONTACT:** **Brunswick, Georgia**

**TELEPHONE NUMBER:** **912/280-1330**

**NOTE:**

*** TRANSMISSION REPORT ***

APR-05-01 10:45 ID:9122651594 CLK US DIST CT

| | | | |
|---|---|---|---|
| JOB NUMBER | | | 751 |
| INFORMATION CODE | | | OK |
| TELEPHONE NUMBER | 817704280730 | | |
| NAME(ID NUMBER) | 770 428 0730 | | |
| START TIME | APR-05-01 10:43 | | |
| PAGES TRANSMITTED | 002 | TRANSMISSION MODE | G3 |
| RESOLUTION | STD | REDIALING TIMES | 00 |
| SECURITY | OFF | MAILBOX | OFF |
| MACHINE ENGAGED | 01'10 | | |

THIS TRANSMISSION IS COMPLETED.

LAST SUCCESSFUL PAGE 002


HENRY R. CRUMLEY, JR.
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OFFICE OF THE CLERK
P.O. BOX 1636
BRUNSWICK, GEORGIA 31521

TELEPHONE: (912) 265-1758
FTS: 248-4456


**FACSIMILE TRANSMITTAL SHEET**

**BRUNSWICK DIVISION**

**DATE:** 4-5-01

**TO:** Brent Savage
David Smith
Michael O'Quinn
James Wilson
Wallace Harrell III

**FROM:** Clerk's Office

**DOCUMENT DESCRIPTION:**

CV200-108 order

**TOTAL NUMBER OF PAGES (Excluding Transmittal Page):** 1

**LOCAL POINT OF CONTACT:** **Brunswick, Georgia**

**TELEPHONE NUMBER:** **912/280-1330**

**NOTE:**

*** TRANSMISSION REPORT ***

APR-05-01 10:51 ID:9122651594 CLK US DIST CT

| | | | |
|---|---|---|---|
| JOB NUMBER | | 752 | |
| INFORMATION CODE | | OK | |
| TELEPHONE NUMBER | 92643917 | | |
| NAME(ID NUMBER) | 9122643917 | | |
| START TIME | APR-05-01 10:50 | | |
| PAGES TRANSMITTED | 002 | TRANSMISSION MODE | EMMR |
| RESOLUTION | STD | REDIALING TIMES | 00 |
| SECURITY | OFF | MAILBOX | OFF |
| MACHINE ENGAGED | 00'33 | | |

THIS TRANSMISSION IS COMPLETED.

LAST SUCCESSFUL PAGE 002

HENRY R. CRUMLEY, JR.
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OFFICE OF THE CLERK
P.O. BOX 1636
BRUNSWICK, GEORGIA 31521

TELEPHONE: (912) 265-1758
FTS: 248-4456

**FACSIMILE TRANSMITTAL SHEET**

**BRUNSWICK DIVISION**

**DATE:** 4-5-01

**TO:** Brent Savage
David Smith
Michael O'Quinn
James Wilson
Wallace Harrell III

**FROM:** Clerk's office

**DOCUMENT DESCRIPTION:**

CV200-108 order

**TOTAL NUMBER OF PAGES (Excluding Transmittal Page):** 1

**LOCAL POINT OF CONTACT:** Brunswick, Georgia

**TELEPHONE NUMBER:** 912/280-1330

**NOTE:**